E-filing

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
BEST BUY STORES, L.P. and BEST BUY CO.
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

C07-05741

| | |
|---|---|
| SCOTT BRYNING, | Case No. _____ |
| Plaintiff, | |
| vs. | **NOTICE OF RELATED CASES** |
| BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3671667.1

NOTICE OF RELATED CASES
(Case No. _____)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:

    PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, Defendants Best Buy Stores, L.P. and Best Buy, Co., Inc. hereby submit that they are not aware of any previously filed or pending related cases in the Federal Courts.

Dated: November ___9___, 2007         MORGAN, LEWIS & BOCKIUS LLP

By _____
    Melinda S. Riechert

Attorneys for Defendant
BEST BUY STORES, L.P. and BEST BUY CO. INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3671667.1            1         NOTICE OF RELATED CASES
(Case No. _____)