E-filing

1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
4  Fax: 650.843.4001
   E-mail: mriechert@morganlewis.com
5
   Attorneys for Defendants
6  BEST BUY STORES, L.P. AND
   BEST BUY, CO., INC.
7

ORIGINAL FILED NOV 13 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

ADR

8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                  OAKLAND DIVISION

11
12 | SCOTT BRYNING,                          | Case No. C07-05741 EMC
13 |         Plaintiff,                      |
14 |    vs.                                  | **DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**
15 | BEST BUY, CO., INC., a Minnesota
   | Corporation doing business in California as
16 | MN BEST BUY CO., INC.; BEST BUY
   | STORES, L.P., a Virginia Limited
17 | Partnership, and DOES 1 through 20,
   | inclusive,
18 |
19 |         Defendants.

20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3671662.2

DEFENDANTS' CERTIFICATION OF
INTERESTED PARTIES
Case No. _____

Pursuant to Rule 3-16 of the Local Civil Rules for the United States District Court for the Northern District of California, the undersigned, counsel of record for Defendants hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. BBC Property Co. is the general partner of and owns a 1% interest in Best Buy Stores, L.P.

2. BBC Investment Co. is the limited partner of and owns a 99% interest in Best Buy Stores, L.P.

3. BBC Property Co. and BBC Investment Co. are owned by Best Buy Co., Inc.

4. Best Buy Co., Inc. through its ownership of the above named partnerships owns more than 10% of Best Buy Stores, L.P.

5. Best Buy Co., Inc. does not have a parent corporation

Dated: November 12, 2007

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melinda Riechert
Melinda S. Riechert
Attorneys for Defendants
BEST BUY STORES, L.P. AND
BEST BUY, CO., INC.