MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
BEST BUY STORES, L.P. AND
BEST BUY, CO., INC.

E-filing

ORIGINAL FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ADR

SCOTT BRYNING,

    Plaintiff,

vs.

BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,

    Defendants.

Case No. C07-05741 EMC

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

Date of Filing: September 17, 2007

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3673583.1

DEFENDANTS' DISCLOSURE
STATEMENT PURSUANT TO F.R.C.P. 7.1
Case No. _____

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Best Buy
2  Stores, L.P. and Best Buy, Co., Inc., Defendants in the above-entitled action, hereby represents
3  that Best Buy Stores, L.P. is owned by BBC Property Co. and BBC Investment Co., who are, in
4  turn, owned by Best Buy Co., Inc. Best Buy Co., Inc., through its ownership of the above-named
5  partnerships, owns more than 10% of Best Buy Stores, L.P. Best Buy Co., Inc. does not have a
6  parent corporation. No publicly held corporation owns ten percent (10%) or more of Best Buy
7  Co., Inc.'s stock.

Dated: November 12, 2007            MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                    Melinda S. Riechert
                                    Attorneys for Defendants
                                    BEST BUY STORES, L.P. AND
                                    BEST BUY, CO., INC.