MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
BEST BUY STORES, L.P. and BEST BUY CO. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCOTT BRYNING,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. C 07-05741 EMC<br><br>**CERTIFICATE OF FILING AND SERVICE OF NOTICE OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

I, Richard Jackson III, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is Morgan, Lewis & Bockius LLP, Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, CA 94306-2212.

On November 14, 2007, I caused the Notice to Plaintiff and to the Superior Court of Filing Notice of Removal of Action (with a copy of the Notice of Removal attached as Exhibit 1) to be filed in the Alameda County Superior Court, and mailed to counsel of record for Plaintiff on the same day. Also, on November 14, 2007, I mailed to counsel of record for Plaintiff, the

1. documents listed in Attachment A.
2.     I declare under penalty of perjury that the foregoing is true and correct.  Executed this
3. 15th day of November 2007 at Palo Alto, California.

                                                                                                                     */s/ Richard Jackson III*
                                                                                                                       Richard Jackson III