MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
BEST BUY STORES, L.P. and
BEST BUY CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRYNING,<br><br>            Plaintiff,<br><br>        vs.<br><br>BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. C 07-05741 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 15, 2007

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melinda Riechert
Melinda S. Riechert
Attorneys for Defendants
BEST BUY STORES, L.P. and
BEST BUY CO., INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3675763.1

1

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT – C 07-05741 EMC