```
WILLIAM F. ADAMS LAW OFFICES
WILLIAM F. ADAMS (SB #65005)
4305 Hacienda Drive, Suite 370
Pleasanton, California 94588
Telephone:  (925) 734-0800
Fax: (925) 734-0807

Attorneys for Plaintiff
SCOTT BRYNING
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRYNING,<br><br>             Plaintiff,<br><br>     vs.<br><br>BEST BUY, CO., INC., a Minnesota Corporation doing business as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership,  and DOES 1 through 20, inclusive,<br><br>             Defendants. | CASE NO.  3:07-cv-05741-JSW<br><br>**PLAINTIFF S DEMAND FOR JURY TRIAL**<br><br>Honorable Jeffrey S. White |

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all issues triable as of right by jury.

Respectfully submitted,

Dated: November 21, 2007          WILLIAM F. ADAMS LAW OFFICES


By: _____/s/_____
        William F. Adams, Attorney for
        Plaintiff SCOTT BRYNING