MELINDA S. RIECHERT, State Bar No. 65504
SHILPA D. GADANI, State Bar No. 253024
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
BEST BUY STORES, L.P. and
BEST BUY CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRYNING,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. C 07-05741 JSW<br><br>**DEFENDANTS' ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge:　Hon. Jeffrey S. White |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3688605.1

DEFENDANTS' ADR CERTIFICATION BY
PARTIES AND COUNSEL
Case No. C 07-05741 JSW

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ.L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 7, 2008

BEST BUY STORES, L.P. and
BEST BUY CO., INC.

By _____

Its Counsel, Legal Dept.

Dated: February 7, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Melinda S. Riechert
Attorneys for Defendants
BEST BUY STORES, L.P. and
BEST BUY CO., INC.