UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Scott Bryning

          Plaintiff(s),

   v.

Best Buy, et al.

          Defendant(s).

CASE NO. 3:07-cv-5741

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 29, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| William F. Adams | Plaintiff Scott Bryning | 925-734-0800 | wfadams@hotmail.com |
| Melinda Riechert | Defendants Best Buy | 650-843-4000 | mriechert@morganlewis.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Feb. 20, 2008 _____

                                                             Attorney for Plaintiff

Dated: Feb. 20, 2008 _____

                                                          *Melinda Riechert / SDG*
                                                            Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."