IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 29, 2008  **Court Reporter**: Connie Kuhl

**CASE NO. C-07-5741  JSW**

**TITLE:**  Scott Bryning v. Best Buy Company, Inc.

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

William Adams  Melinda Riechert

**PROCEEDINGS:**  Initial Case Management Conference

**RESULTS:**  Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 3-7-08.

The Court vacated deposition dates scheduled before this CMC hearing.

ADR:  ENE/Court-connected mediation to be completed by 6-30-08

Close of fact discovery:  6-1-08

Expert Disclosures:  7-15-08

Close of Expert discovery: 8-18-08

Hearing on dispositive motions (if any):  7-11-08 at 9:00 a.m.

Pretrial Conference:  9-15-08 at 2:00 p.m.

Jury Trial:  10-6-08 at 8:30 a.m.

**REFERRALS:**

**[X] Case referred to ADR for ENE/Court-connected mediation to be completed by 6-30-08**.

**cc:** ADR