**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Bryning, | 07-05741 JSW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Best Buy, Co., Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**David T. Kelley**
EEOC/Office of Administrative Judges
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
415-625-5636
david.kelley@eeoc.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05741 JSW ENE                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: March 12, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

*(signature)*

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05741 JSW ENE                - 2 -