1   MELINDA S. RIECHERT, State Bar No. 65504
    MORGAN, LEWIS & BOCKIUS LLP
2   2 Palo Alto Square
    3000 El Camino Real, Suite 700
3   Palo Alto, CA  94306-2122
    Tel:  650.843.4000
4   Fax:  650.843.4001
    E-mail:  mriechert@morganlewis.com
5
    Attorneys for Defendants
6   BEST BUY STORES, L.P. and
    BEST BUY CO., INC.
7
8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  SCOTT BRYNING,                          Case No. C 07-05741 JSW

12                  Plaintiff,              **DEFENDANTS' CERTIFICATION THAT**
                                            **ALL SUPPLEMENTATION HAS BEEN**
13          vs.                             **COMPLETED**

14  BEST BUY, CO., INC., a Minnesota
    Corporation doing business in California as
15  MN BEST BUY CO., INC.; BEST BUY
    STORES, L.P., a Virginia Limited
16  Partnership, and DOES 1 through 20,
    inclusive,
17
                    Defendants.
18

19

20          Pursuant to the Court's March 3, 2008 Order, Defendants Best Buy, Co., Inc. and Best

21  Buy Stores, L.P. hereby certify that they have no supplemental disclosures to make under Federal

22  Rule of Civil Procedure 26(e).

23  Dated: May 2, 2008                      MORGAN, LEWIS & BOCKIUS LLP

24
                                            By_____
25                                             Melinda S. Riechert
                                               Attorneys for Defendants
26                                             BEST BUY STORES, L.P. and
                                               BEST BUY CO., INC.
27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   PALO ALTO