William F. Adams, State Bar No. 65005
WILLIAM F. ADAMS LAW OFFICES
4305 Hacienda Drive, Suite 370
Pleasanton, CA 94588
(925) 734-0800
(925) 734-0807 (fax)
e-mail: wfadams@hotmail.com

Attorneys for Plaintiff
SCOTT BRYNING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRYNING,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BEST BUY CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,<br><br>　　Defendants. | CASE NO. 3:07-cv-05741-JSW<br><br>**PLAINTIFF'S REQUEST TO EXTEND NON-EXPERT DISCOVERY CUT-OFF**<br><br>Honorable Jeffrey S. White |

　　The plaintiff hereby submits a request to extend the current deadline to complete non-expert discovery as follows:

　　1.　Extend the deadline for non-expert discovery from Sunday, June 1, 2008, to Monday, June 30, 2008.

　　There is good cause for the request in that plaintiff's counsel has a trial in July beginning July 7 through July 25, 2008, in Superior Court which discovery cut-off necessitates the taking of multiple depositions until the June 6 non-expert discovery cut-off throughout California, including Southern California. Thereafter, expert depositions will be taken and other pre-trial motions and hearings have been scheduled/are anticipated.

　　The defendant has requested a similar amount of time (28 days) from July 11, 2008, to

Plaintiff's Request to Extend Non-expert Discovery Deadline

August 8, 2008, to move the summary judgment hearing cut-off to which the plaintiff has agreed. The plaintiff is asking for parity in the amount of time extended to both deadlines. The defendant has only agreed to move the non-expert discovery deadline through June 20, 2008.

The parties have also been delayed in completion of discovery because they have been attempting diligently to settle the matter informally. See the accompanying Declaration of William F. Adams in support of the plaintiff's request to extend the non-expert discovery deadline.

The plaintiff is not seeking to move or extend any other deadline. There have been no prior extensions sought or granted in this matter by either party.

Respectfully submitted,

WILLIAM F. ADAMS LAW OFFICES

Dated: May 20, 2008        By: /s/ William F. Adams
                               William F. Adams
                               Attorneys for Plaintiff SCOTT BRYNING