William F. Adams, State Bar No. 65005
WILLIAM F. ADAMS LAW OFFICES
4305 Hacienda Drive, Suite 370
Pleasanton, CA 94588
(925) 734-0800
(925) 734-0807 (fax)
e-mail: wfadams@hotmail.com

Attorneys for Plaintiff
SCOTT BRYNING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRYNING, <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 3:07-cv-05741-JSW <br><br> DECLARATION OF WILLIAM F. ADAMS IN SUPPORT OF REQUEST TO EXTEND NON-EXPERT DISCOVERY CUT-OFF <br><br> Honorable Jeffrey S. White |

I, William F. Adams, do hereby state and declare as follows:

1. I am the attorney for the plaintiff SCOTT BRYNING in the within action.

2. I request that the Court extend the deadline for non-expert discovery from Sunday, June 1, 2008, to Monday, June 30, 2008.

3. There is good cause for the request in that plaintiff's counsel has a trial in July beginning July 7 through July 25, 2008, in Superior Court which discovery cut-off necessitates the taking of multiple depositions until the June 6 non-expert discovery cut-off throughout California, including Southern California. Thereafter, expert depositions will be taken and other pre-trial motions and hearings have been scheduled/are anticipated.

4. The defendant has requested a similar amount of time (28 days) from July 11, 2008, to

Decl. WFA Support Request Extend Non-expert Discovery Cut-Off

August 8, 2008, to move the summary judgment hearing cut-off to which the plaintiff has agreed. The plaintiff is asking for parity in the amount of time extended to both deadlines. The defendant has only agreed to move the non-expert discovery deadline through June 20, 2008.

5. The parties have also been delayed in completion of discovery because they have been attempting diligently to settle the matter informally.

6. The plaintiff is not seeking to move or extend any other deadline. There have been no prior extensions sought or granted in this matter by either party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on May 20, 2008.

By: /s/ William Adams
William F. Adams
Attorneys for Plaintiff SCOTT BRYNING