1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

SCOTT BRYNING,                                   )    **CASE NO. 3:07-cv-05741-JSW**
                                                 )
     Plaintiff,                            )    **[PROPOSED] ORDER**
                                                 )
     v.                                    )
                                                 )    Honorable Jeffrey S. White
BEST BUY CO., INC., a Minnesota                  )
Corporation doing business in California as      )
MN BEST BUY CO., INC.; BEST BUY                  )
STORES, L.P., a Virginia Limited                 )
Partnership, and DOES 1 through 20,              )
inclusive,                                       )
                                                 )
     Defendants.                           )
_____ )

     FOR GOOD CAUSE APPEARING, the Court Orders that the close of non-expert

discovery is moved from June 1, 2008, until June 30, 2008.


Dated: May ____, 2008          By:_____
                                     Honorable Jeffrey S. White,
                                     United States District Court Judge

[Proposed] Order to  Extend Non-expert Discovery Deadline