IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT BRYNING,

    Plaintiff,

    v.

BEST BUY, CO. INC., et al.

    Defendants.

No. C 07-05741 JSW

**ORDER GRANTING MOTION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF**

On May 20, 2008, Plaintiff filed an administrative motion to extend the non-expert discovery cut-off in this matter from June 6, 2008 to June 30, 2008. Although Plaintiff represents that Defendants agreed to extend the cut-off deadline only until June 20, 2008, Defendants have not filed an opposition brief setting forth their position on this issue. Accordingly, Plaintiff's request is GRANTED, and the deadline for non-expert discovery is extended until June 30, 2008.

In his motion, Plaintiff also states that the Defendants have requested an extension of the deadline to hear dispositive motions. There is no motion pending before the Court at this time on that issue, and the deadline to hear dispositive motions remains set for July 11, 2008.

**IT IS SO ORDERED.**

Dated: May 27, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE