MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendants
BEST BUY STORES, L.P. and
BEST BUY CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRYNING,<br><br>  Plaintiff,<br><br>vs.<br><br>BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. C 07-05741 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BEST BUY STORES, L.P.'S MOTION TO EXTEND DATE OF HEARING ON DISPOSITIVE MOTIONS** |

IT IS HEREBY ORDERED that that:

(1) The last day to hear dispositive motions is August 15, 2008;

(2) Plaintiff shall provide a date he will appear for the Early Neutral Evaluation ("ENE") before June 30, 2008; and

(3) Plaintiff shall provide Defendant with a date he will appear for his deposition prior to the ENE.

**IT IS SO ORDERED:**

DATED:_____

_____
The Honorable Jeffrey S. White
United States District Judge