William F. Adams, State Bar No. 65005
WILLIAM F. ADAMS LAW OFFICES
4305 Hacienda Drive, Suite 370
Pleasanton, CA 94588
(925) 734-0800
(925) 734-0807 (fax)
e-mail: wfadams@hotmail.com

Attorneys for Plaintiff
SCOTT BRYNING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BRYNING, <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 3:07-cv-05741-JSW <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)** <br><br> Honorable Jeffrey S. White |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted,

WILLIAM F. ADAMS LAW OFFICES

Dated: June 14, 2008     By: /s/ William F. Adams
William F. Adams
Attorneys for Plaintiff SCOTT BRYNING

Plaintiff's Voluntary Request for Dismissal FRCP 41(a)(1)