1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
3  Tel: 650.843.4000
   Fax: 650.843.4001
4  E-mail: mriechert@morganlewis.com

5  Attorneys for Defendants
   BEST BUY STORES, L.P. and
6  BEST BUY CO., INC.

7  WILLIAM F. ADAMS, State Bar No. 65005
   WILLIAM F. ADAMS LAW OFFICES
   4305 Hacienda Drive, Suite 370
8  Pleasanton, CA 94588
   Tel: 925.734.0800
9  Fax: 925.734.0807

10 Attorneys for Plaintiff
   SCOTT BRYNING

11

                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14 SCOTT BRYNING,                              Case No. C 07-05741 JSW

15              Plaintiff,                     STIPULATION TO DISMISS THE ENTIRE
                                               ACTION WITH PREJUDICE
16        vs.

17 BEST BUY, CO., INC., a Minnesota
   Corporation doing business in California as
   MN BEST BUY CO., INC.; BEST BUY
18 STORES, L.P., a Virginia Limited
   Partnership, and DOES 1 through 20,
19 inclusive,
                Defendants.

20      Plaintiff SCOTT BRYNING ("Plaintiff") and Defendants BEST BUY, CO., INC

21 and BEST BUY STORES, L.P. (collectively "Defendants") jointly stipulate to and submit a

22 request that the Court dismiss the entire action with prejudice.

23
   Dated: August 11, 2008         *William Adams* (signature)
24                                William F. Adams, Attorney for plaintiff
                                  SCOTT BRYNING
25
   Dated: August 11, 2008         *Melinda Riechert /SO* (signature)
26                                Melinda Riechert, Attorney for defendants
                                  BEST BUY CO., INC., BEST BUY STORES, L.P.
27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRYNING,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,<br>Defendants. | Case No. C 07-05741 JSW<br><br>[PROPOSED] ORDER |

Pursuant to the stipulation of the parties, the entire action is dismissed with prejudice..

Date: _____          _____
                               HON. JUDGE JEFFREY S. WHITE
                               U.S. District Court Judge