UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT BRYNING,

Plaintiff,

vs.

BEST BUY, CO., INC., a Minnesota Corporation doing business in California as MN BEST BUY CO., INC.; BEST BUY STORES, L.P., a Virginia Limited Partnership, and DOES 1 through 20, inclusive,

Defendants.

Case No. C 07-05741 JSW

[PROPOSED] ORDER

Pursuant to the stipulation of the parties, the entire action is dismissed with prejudice..

Date: August 13, 2008

_____
HON. JUDGE JEFFREY S. WHITE
U.S. District Court Judge